May A. HOFFMAN, appellant, v. Sarah C. DAVIS et al., respondents. Appeals Nos. 1 and 2. (Supreme Court, Appellate Division, Second Department. November 19, 1915.) Or-

ers affirmed, with $10 costs and disbursements in each. No opinion. Jenks, P. J., and Carr, Mills, Rich, and Putnam, JJ., concur.